# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, et al., | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:   17-2447 (RC) |
| | : | |
| v. | : | |
| | : | |
| ERIC D. HARGAN, Secretary of Health and Human Services, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of the parties' proposed schedules, it is hereby **ORDERED** that the following schedule shall govern proceedings in this case:

1. Defendants shall file their motion to dismiss and opposition to Plaintiffs' preliminary injunction motion on or before **December 1, 2017**;

2. Plaintiffs shall file their opposition to Defendants' motion to dismiss and reply in support of their preliminary injunction motion on or before **December 8, 2017**;

3. Defendants shall file their reply in support of their motion to dismiss on or before **December 15, 2017**.

**FURTHER ORDERED** that the parties shall appear for a hearing on Plaintiffs' preliminary injunction motion and Defendants' motion to dismiss on **December 21, 2017 at 10:00 AM** in Courtroom 14.

**SO ORDERED**.

Dated: November 22, 2017                                                              RUDOLPH CONTRERAS
                                                                                                       United States District Judge